**mcm** Midland Credit Management, Inc.
[address redacted]
San Diego, CA [redacted]

09-12-2014

Omar [redacted]
[address redacted]
New [redacted], CT [redacted]

Call (800) 939-2353

Dear Omar,

**Midland Credit Management, Inc.** has made several attempts to contact you regarding this account. This letter is to remind you that we are considering forwarding this account to an attorney in your state for possible litigation. However, such forwarding will not occur until after the expiration of the time period described on the back of the letter. Upon receipt of this notice, please call (800) 939-2353 to discuss your options.

If we don't hear from you or receive payment by 09-29-2014, we may proceed with forwarding this account to an attorney.

**What do you need to do to stop this process from continuing?**

1) Mail in $500.00 and call to set up your remaining payments, or
2) Call us to see how to qualify for discounts and affordable payment plans.

**LET US HELP YOU!** If the account goes to an attorney, our flexible options may no longer be available to you. There still is an opportunity to make arrangements with us. We encourage you to call us: (800) 939-2353.

Sincerely,

Midland Credit Management, Inc.
(800) 939-2353

This account may still be reported on your credit report as unpaid.

*If you pay your full balance, we will report your account as paid in full, however, we will report your account as Paid In Full for less than the full balance.


PLAINTIFF'S EXHIBIT