UNITED STATES DISTRICT COURT
CONNECITCUT

OMAR RODRIGUEZ

      Plaintiff,

V.                                      CIVIL ACTION NO
                                       3:14-cv-01939-SRU

MIDLAND CREDIT MANAGEMENT, INC.

Defendant.                                  April 28, 2015

**NOTICE OF SETTLEMENT**

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action have been settled. Plaintiff will file a Notice of Dismissal with prejudice within 30 days.

                                           THE PLAINTIFF

                                           BY/S/Bernard T. Kennedy
                                           Bernard T. Kennedy, Esq.
                                           The Kennedy Law Firm
                                           1204 Main Street, # 176
                                           Branford, CT 06405
                                           bernardtkennedy@yahoo.com

<u>*CERTIFICATION*</u>

I hereby certify that on 4/28/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY<u>/S/Bernard T. Kennedy</u>